IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By staylor at 2:31 pm, Feb 27, 2019*

| | |
|---|---|
| MARILYN SANTOS, individually and as natural guardian of G.S. and J.S. minor children; and MIRIAM TAPARI, as court-appointed guardian of Desiana Santos, an incapacitated person, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:18-cv-114 |
| v. | |
| DEVON WILLIAM CARTER; CHRISTOPHER JOSEPH PROSEN; and JIM PROCTOR, | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendants' Unopposed Joint Motion to Stay Discovery and All Rule 26 Proceedings. Doc. 52. Defendants request the Court stay discovery in this case until the resolution of their pending motions to dismiss. Id. at 1. Defendants represent that Plaintiffs do not oppose the request. Id. After careful consideration and for good cause shown, the Court **GRANTS** Defendants' Motion.

THEREFORE, IT IS HEREBY **ORDERED** that discovery in this case is **STAYED**, pending resolution of Defendants' motions to dismiss, docs. 49, 50, 51. The Court also **ORDERS** the parties to file another Federal Rule of Civil Procedure 26(f) report within 21 days

of the disposition of Defendants' motions to dismiss, should any of Plaintiffs' claims remain pending.

**SO ORDERED**, this 27th day of February, 2019.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA