IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARILYN SANTOS, individually and as )
natural guardian of G.S. and J.S., minor )
children, and MIRIAM TAPARI, as Court )
appointed guardian of DESIANA SANTOS, )
an incapacitated person, )
)
      Plaintiffs, )
v. ) Case No. CV 218-114
)
DEPUTY DEVON WILLIAM CARTER, )
DEPUTY CHRISTOPHER JOSEPH PROSEN, )
DEPUTY RAYMOND LEE DYALS, )
CAMDEN COUNTY SHERIFF, )
JIM PROCTOR, and )
CAMDEN COUNTY SHERIFF'S OFFICE, )
)
      Defendants. )

ORDER

The Order of this Court in the above-titled action having been reversed by the Eleventh Circuit, U.S. Court of Appeals;

IT IS HEREBY ORDERED that the mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the Order of this court.

SO ORDERED this __17__ day of November, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA